Byron L. Ames, Esq. (# 7581)
R. Scott Rasmussen, Esq. (# 6100)
**STONE KALFUS LLP**
8965 S. Eastern Ave., Ste. 260
Las Vegas, NV 89123
Telephone: (702) 800-5413
Facsimile: (877) 736-2601
Byron.Ames@stonekalfus.com
Scott.Rasmussen@stonekalfus.com
*Attorneys for Jacob Theodore Smith
And Daily Direct LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE STATE OF NEVADA**

| | |
|---|---|
| RYAN DEAN, an individual; and SHANTINA STRONG, an individual<br><br>Plaintiffs,<br><br>v.<br><br>JACOB THEODORE SMITH, an individual, and DAILY DIRECT LLC., a Foreign Limited-Liability Company; DOES I-X; unknown persons, and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01274-JAD-DJA<br><br>**NOTICE OF WITHDRAWAL** |

COMES NOW Defendants and hereby provide notice that Amy Porray has withdrawn as counsel.

/ / /

/ / /

/ / /

/ / /

1

Defendants will continue to be represented by Byron L. Ames and R. Scott Rasmussen with Stone Kalfus LLP.

Dated this 29th day of July, 2025.

        STONE KALFUS LLP

        /s/ *Byron L. Ames*
        Byron L. Ames, Esq.
        R. Scott Rasmussen, Esq.
        8965 S. Eastern Avenue, Suite 260
        Las Vegas, Nevada 89123
        *Attorneys for Jacob Theodore Smith*
        *And Daily Direct LLC*

**IT IS SO ORDERED**.

DATED: 7/31/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of STONE KALFUS LLP, and that on the 29th day of July, 2025, I caused to be served a true and correct copy of the foregoing in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities.

Preston P. Rezaee, Esq.
The Firm, P.C.
630 South Third Street
Las Vegas, Nevada 89101
Preston@TheFirm-LV.com
*Attorney for Plaintiffs*

DAVID F. SAMPSON, ESQ.,
Nevada Bar No. 6811
LAW OFFICE OF DAVID SAMPSON, LLC.
630 S. 3rd Street
Las Vegas, NV 89101
Tel: 702-605-1099
Fax: 888-209-4199
Email: david@davidsampsonlaw.com
*Attorney for Plaintiffs of Counsel*

                                               /s/ *Stephanie M. Forte*
                                               An Employee of STONE KALFUS LLP