Byron L. Ames, Esq. (# 7581)
R. Scott Rasmussen, Esq. (# 6100)
**STONE KALFUS LLP**
8965 S. Eastern Ave., Suite 260
Las Vegas, NV 89123
Telephone: (702) 800-5413
Facsimile: (877) 736-2601
Byron.Ames@stonekalfus.com
Scott.Rasmussen@stonekalfus.com
*Attorneys for Defendants Mauricio Guzman-Duarte*
*and Southwest Linen*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE STATE OF NEVADA**

| | |
|---|---|
| RYAN DEAN, an individual; and SHANTINA STRONG, an individual<br><br>Plaintiffs,<br><br>v.<br><br>JACOB THEODORE SMITH, an individual, and DAILY DIRECT LLC., a Foreign Limited Liability Company; DOES 1-X; unknown persons, and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01274-JAD-DJA<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEY(S):

Please take notice that James R. Sweetin, Esq. hereby withdraws as counsel for Defendants JACOB THEODORE SMITH ("Smith") and DAILY DIRECT LLC ("Daily Direct")(collectively "Defendants"). Defendants continue to be represented by Byron L. Ames, Esq. of STONE KALFUS LLP.

/ / /

/ / /

1

The undersigned respectfully requests that James R. Sweetin, Esq. be removed from the service list for this matter.

Dated this 12th day of January, 2026.

STONE KALFUS LLP

/s/ *Byron L. Ames*
Byron L. Ames, Esq.
R. Scott Rasmussen, Esq.
8965 S. Eastern Ave., Suite 260
Las Vegas, Nevada 89123
*Attorneys for Defendants Mauricio Guzman-Duarte and Southwest Linen*

**IT IS SO ORDERED**.

DATED: 1/14/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of STONE KALFUS LLP, and that on the 12th day of January, 2026, I caused to be served a true and correct copy of the foregoing in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities.

Preston P. Rezaee, Esq.
The Firm, P.C.
630 South Third Street
Las Vegas, Nevada 89101
Preston@TheFirm-LV.com
*Attorney for Plaintiffs*

DAVID F. SAMPSON, ESQ.,
Nevada Bar No. 6811
LAW OFFICE OF DAVID SAMPSON, LLC.
630 S. 3rd Street
Las Vegas, NV 89101
Tel: 702-605-1099
Fax: 888-209-4199
Email: david@davidsampsonlaw.com
*Attorney for Plaintiffs of Counsel*

/s/ *Stephanie M. Forte*
An Employee of STONE KALFUS LLP

3